# EXHIBIT A

**EXHIBIT A**

As stated in Defendants The TJX Companies, Inc. and Marmaxx Operating Corp.'s Notice

of Removal, Defendants attach the following documents:

1. Harris County District Clerk's Docket Sheet;

2. Plaintiff's Original Petition and Jury Demand, filed February 2, 2022;

3. Request for Issuance of Service to The TJX Companies, Inc., filed February 2, 2022;

4. Request for Issuance of Service to Marmaxx Operating Corp., filed February 2, 2022;

5. Officer's Return of service of citation on Marmaxx Operating Corp. by serving its registered agent, CT Corporation System, filed February 14, 2022; and

6. Original Answer of Defendants The TJX Companies, Inc. and Marmaxx Operating Corp., filed March 7, 2022.

# 2022-06766

**COURT:**   164th

**FILED DATE:**   2/2/2022

**CASE TYPE:**   Premises



### CORONADO, GLENDA

**Attorney: KLITSAS, LOREN GEORGE**

**vs.**

### THE TJX COMPANIES INC

**Attorney: HAAS, JANE**

| Docket Sheet Entries | |
|---|---|
| Date | Comment |

2/2/2022 2:48 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 61398664
By: Rhonda Momon
Filed: 2/2/2022 2:48 PM

CAUSE NO. _____

| | | |
|---|---|---|
| GLENDA CORONADO | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | |
| | § | HARRIS COUNTY, TEXAS |
| THE TJX COMPANIES, INC. AND | § | |
| MARMAXX OPERATING CORP. | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Glenda Coronado, hereinafter referred to as "Plaintiff," complaining of The TJX Companies, Inc. and Marmaxx Operating Corp., hereinafter referred to as "Defendant" or "Defendants" and for cause of action would respectfully show unto the Court the following:

## I. LEVEL

Discovery is intended to be conducted under Level 2 of the Texas Rules of Civil Procedure 190. Plaintiff affirmatively pleads that she seeks monetary relief in excess of $250,000, but not more than $1,000,000.00 excluding costs, pre-judgment interest, and attorney's fees. Plaintiff reserves the right to amend this damage calculation as discovery progresses. Plaintiff makes this damage calculation at this time pursuant to Texas Rule of Civil Procedure 47.

## II. PARTIES

Plaintiff is a resident of Harris County, Texas.

Defendant, The TJX Companies, Inc., is a Delaware corporation which does not maintain a registered agent in Texas. Pursuant to Section 5.251(1)(A) of the Texas Business Code, this Defendant may be served with process through the Secretary of State of the State of Texas by delivering to the Secretary of State duplicate copies of the process and paying the required fee. The TJX Companies, Inc.'s corporate address is: 770 Cochituate Road, Framingham, Massachusetts 01701. Service on this Defendant is hereby requested at this time.

Defendant, Marmaxx Operating Corp. is a foreign for-profit corporation doing business in the State of Texas and may be served with process through its registered agent for service, CT Corporation System, 1999 Bryan St., Suite 900, Dallas, Texas 75201-3136 or wherever it may be located.

### III. JURISDICTION AND VENUE

This Court has jurisdiction in this cause since the damages to Plaintiff are within the jurisdictional limits of this Court.  All or a substantial part of the event or omissions giving rise to the claim occurred in Harris County.  Therefore, venue is proper pursuant to §15.001 and §15.002(a)(1) of the Texas Civil Practice & Remedies Code.  Additionally, the facts show that the convenience of the parties and the witnesses and the interest of justice would be best served in Harris County.

### IV. ASSUMED NAMES, MISNOMER, AND ALTER EGO

Pursuant to Rule 28 of the Texas Rules of Civil Procedure, Plaintiff is suing any partnership, unincorporated association, private corporation, or individual whose name contains the words or who does business under or as The TJX Companies, Inc., Marmaxx Operating Corp and/or Marshalls.  It is the intent of the Plaintiff to file this lawsuit against the owners, occupiers, property managers and/or controllers of the premises known as Marshalls.

Further, in the event that any parties are misnamed or not included herein, it is Plaintiff's contention that such was a misnomer and/or such parties are/were alter egos of parties named herein.

### V. FACTS AND NEGLIGENCE

This suit is brought under and by virtue of the laws of the State of Texas to recover those damages which Plaintiff is justly entitled to receive as compensation for injuries she sustained in

Certified Document Number: 100181075 - Page 2 of 7

an incident that occurred on or about May 23, 2020, at the Marshalls located at 5922 East Sam Houston Parkway N., Houston, Texas 77049. As Plaintiff was shopping at the Marshalls store, an employee was assisting another customer with the purchase of barstools/chairs. Two of the chairs fell, hitting Plaintiff in the head and knocking her onto the floor. As a result, Plaintiff sustained severe personal injuries.

At all relevant times, Defendants had actual and/or constructive knowledge of an unreasonably dangerous condition on its property yet did nothing to remedy or otherwise warn Plaintiff of the dangerous condition. The dangerous condition and Defendants' negligence caused Plaintiff's injuries and damages.

The occurrence made the basis of this suit and the resulting injuries and damages were proximately caused by the negligence of the Defendants, for a variety of acts and omissions, including, but not limited to, one or more of the following:

a.  In failing to properly maintain said property in a reasonable manner;

b.  In failing to properly maintain said property in a safe manner;

c.  In failing to exercise caution;

d.  In failing to provide warning;

e.  In maintaining said property in a reckless and careless manner;

f.  In failing to properly train its employees on how to eliminate and warn against unreasonable dangerous conditions on Defendants' premises;

g.  In failing to properly supervise its employees in their maintenance of common areas on Defendants' premises;

h.  In creating or causing the dangerous condition;

i.  In failing to inspect the area in a proper and timely manner; and

Certified Document Number: 100181075 - Page 3 of 7

3

j.      Negligence in general.

Each and all of the above acts and/or omissions constituted negligence and each and all were the proximate cause of the following made the basis of this suit and the injuries and damages suffered by the Plaintiff herein.

**Alternative Cause of Action**
**Premises Liability**

Defendants own and/or control the premises at 5922 East Sam Houston Parkway N., Houston, Texas 77049.  Defendants had a duty to use ordinary care to ensure that the premises did not create an unreasonably dangerous condition as it relates to Plaintiff. This duty includes the duty to inspect and properly maintain the premises. Defendants' failure to maintain the premises created a dangerous condition which is the proximate cause of Plaintiff's damages, for which she now sues.

## VI. RESPONDEAT SUPERIOR

Plaintiff states that at the time of the occurrence made the basis of this suit, the individuals responsible for the upkeep of Defendants' premises were acting in their capacity as agents, servants, vice-principals, representatives and/or employees of Defendants and were acting within the course and scope of their authority as such.  Therefore, the doctrine of *Respondeat Superior* should be applied to Defendants and Defendants should be vicariously responsible for the acts and omissions of its agents, employees, servants, and/or vice-principals.

## VII. DAMAGES

As a result of the occurrence in question, Plaintiff, Glenda Coronado, has sustained serious personal injuries, mental anguish, physical pain and suffering, medical expenses in the past, lost wages in the past, and impairment and disability in the past. Plaintiff will respectfully request the Court and Jury to determine the amount of loss she has incurred and will incur in the future not

Certified Document Number: 100181075 - Page 4 of 7

only from a financial standpoint, but also in terms of good health and freedom from pain and worry.  There are certain elements of damages provided by law that Plaintiff is entitled to have the Jury in this case consider separately to determine the sum of money for each element that will fairly and reasonably compensate Plaintiff for her injuries, damages and losses incurred from the date of the accident in question until the time of trial of this case, those elements of damages are as follows:

a.  The physical pain that Plaintiff has suffered from the date of the occurrence in question up to the time of trial;

b.  The mental anguish that Plaintiff has suffered from the date of the occurrence in question up to the time of trial;

c.  The amount of reasonable medical expenses necessarily incurred in the treatment of Plaintiffs' injuries from the date of the accident in question up to the time of trial;

d.  The loss and/or reduction of earnings and/or earning capacity sustained by Plaintiff from the date of the occurrence in question up to the time of trial;

e.  The disfigurement which Plaintiff has suffered from the date of the occurrence in question up to the time of trial; and

f.  The physical impairment, which Plaintiff has suffered from the date of the occurrence in question up to the time of trial.

Further, the following are elements of damages to be considered separately which Plaintiff will sustain in the future beyond the trial that are determined by a preponderance of the evidence upon trial of this cause.

a.  The physical pain that Plaintiff will suffer in the future beyond the time of trial;

b.  The mental anguish that Plaintiff will suffer in the future beyond the time of trial;

c.  The reasonable value of medical expenses that will necessarily be incurred in the treatment of Plaintiff's injuries in the future beyond the time of trial;

d.  The loss and/or reduction in Plaintiff's earnings or earning capacity in the future caused by the injuries sustained in the occurrence in question;

Certified Document Number: 100181075 - Page 5 of 7

e.    The disfigurement that Plaintiff will suffer in the future beyond the time of trial; and

f.    The physical impairment which Plaintiff will suffer in the future beyond the time of trial.

Plaintiff, Glenda Coronado, seeks monetary relief over $250,000 but not more than $1,000,000 and a demand for judgment for all the other relief to which the party deems herself entitled.

## VIII. REQUIRED DISCLOSURES

Pursuant to Texas Rule of Civil Procedure 194(a), Defendants must disclosure, within thirty (30) days of filing an answer, the information or materials described in Rule 194.2(b)1-12. Any Defendant that is served or otherwise joined after the filing of the first answer must make their initial disclosures within thirty (30)  days after being served or joined.

## VIII. DEMAND FOR JURY

Plaintiff requests a trial by jury and tenders the appropriate fee herewith.

## IX. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Defendants be cited in terms of law to appear and answer herein; that upon final trial hereof, Plaintiff will have judgment against the Defendant sfor all actual damages, legally recoverable pre-judgment and post-judgment interest, all costs of court, and any other further relief to which Plaintiff may show herself justly entitled.

Certified Document Number: 100181075 - Page 6 of 7

Respectfully submitted,

**KLITSAS & VERCHER, P.C.**

**By:**     */s/   Loren G. Klitsas*

        **Loren G. Klitsas**
        **State Bar No.: 00786025**
        550 Westcott Street, Suite 570
        Houston, Texas  77007
        Telephone:  (713) 862-1365
        Facsimile:  (713) 862-1465
        Email: klitsas@kv-law.com

        **ATTORNEYS FOR PLAINTIFF**

Certified Document Number: 100181075 - Page 7 of 7



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 8, 2022

Certified Document Number:        100181075 Total Pages:  7

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

2/2/2022 2:48:55 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 61398664
By: MOMON, RHONDA M
Filed: 2/2/2022 2:48:55 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** _____ **CURRENT COURT:** _____

**Name(s) of Documents to be served:** Plaintiff's Original Petition and Jury Demand _____

**FILE DATE:** _____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** The TJX Companies, Inc. _____

Address of Service: 770 Cochituate Road _____

City, State & Zip: Framingham, MA 01701 _____

Agent (if applicable) _____ Secretary of State of the State of Texas _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

| | | |
|---|---|---|
| ☒ **Citation** ☐ **Citation by Posting** | ☐ **Citation by Publication** | ☐ **Citations Rule 106 Service** |
| ☐ **Citation Scire Facias** | **Newspaper**_____ | |
| ☐ **Temporary Restraining Order** | ☐ **Precept** | ☐ **Notice** |
| ☐ **Protective Order** | | |
| ☒ **Secretary of State Citation ($12.00)** | ☐ **Capias (not an E-Issuance)** | ☐ **Attachment** |
| ☐ **Certiorari** | ☐ **Highway Commission ($12.00)** | |
| ☐ **Commissioner of Insurance ($12.00)** | ☐ **Hague Convention ($16.00)** | ☐ **Garnishment** |
| ☐ **Habeas Corpus** | ☐ **Injunction** | ☐ **Sequestration** |
| ☐ **Subpoena** | | |
| ☐ **Other (Please Describe)** _____ | | |

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____ ☒ **E-Issuance by District Clerk**
☐ **MAIL to attorney   at:** _____ **(No Service Copy Fees Charged)**
☐ **CONSTABLE** *Note*: The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by District Clerk** used to retrieve the E-Issuance Service Documents.
Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____ Phone: _____

☐ **OTHER**, *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name:   Loren Klitsas   Bar # or ID   00786025 _____

Mailing Address: 550 Westcott, Suite 570, Houston, Texas 77007 _____

Phone Number: 713-852-1365 _____

Certified Document Number: 100181076 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 8, 2022

Certified Document Number:        100181076 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

2/2/2022 2:48:55 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 61398664
By: MOMON, RHONDA M
Filed: 2/2/2022 2:48:55 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

CASE NUMBER: _____  CURRENT COURT: _____

**Name(s) of Documents to be served:** Plaintiff's Original Petition and Jury Demand _____

**FILE DATE:** _____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be**

**Served):**

**Issue Service to:** Marmaxx Operating Corp. _____

Address of Service: 1999 Bryan St., Suite 900 _____

City, State & Zip: Dallas, Texas 75201-3136 _____

Agent (if applicable) _____ CT Corporation System _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

☒ **Citation**   ☐ **Citation by Posting**   ☐ **Citation by Publication**   ☐ **Citations Rule 106 Service**

☐ **Citation Scire Facias**                  **Newspaper**_____

☐ **Temporary Restraining Order**   ☐ **Precept**                  ☐ **Notice**

☐ **Protective Order**

☐ **Secretary of State Citation ($12.00)**   ☐ **Capias (not an E-Issuance)**   ☐ **Attachment**

☐ **Certiorari**                  ☐ **Highway Commission ($12.00)**

☐ **Commissioner of Insurance ($12.00)**   ☐ **Hague Convention ($16.00)**   ☐ **Garnishment**

☐ **Habeas Corpus**              ☐ **Injunction**                  ☐ **Sequestration**

☐ **Subpoena**

☐ **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
☐ **ATTORNEY PICK-UP (phone)** _____   ☒ **E-Issuance by District Clerk**
☐ **MAIL to attorney   at:** _____        **(No Service Copy Fees Charged)**
☐ **CONSTABLE**                          *Note:* The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by District Clerk**     used to retrieve the E-Issuance Service Documents.
                                           Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____   Phone: _____

☐ **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name:  Loren Klitsas    Bar # or ID  00786025 _____

Mailing Address: 550 Westcott, Suite 570, Houston, Texas 77007 _____

Phone Number: 713-852-1365 _____

Certified Document Number: 100181077 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 8, 2022

Certified Document Number:        100181077 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

2/14/2022 9:43 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 61705013
By: Kenya Kossie
Filed: 2/14/2022 9:43 AM

CAUSE NO. 202206766

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 922101  TRACKING NO: 73969620

| | |
|---|---|
| Plaintiff: | In The 164th |
| CORONADO, GLENDA | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| THE TJX COMPANIES INC | Houston, Texas |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

**To:    MARMAXX OPERATING CORP (IS A FOREIGN FOR-PROFIT CORPORATION) MAY BE SERVED THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM**
**1999 BRYAN ST SUITE 900, DALLAS TX 75201-3136**
**OR WHEREVER IT MAY BE LOCATED**

Attached is a copy of: PLAINTIFFS ORIGINAL PETITION AND JURY DEMAND

This instrument was filed on February 2, 2022 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on February 8, 2022, under my hand and seal of said court.

Issued at the request of:

KLITSAS, LOREN GEORGE
550 WESTCOTT, STE 570
HOUSTON, TX  77007
713-862-1365
Bar Number: 00786025



*Marilyn Burgess*

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By:RHONDA MOMON

Certified Document Number: 100363458 - Page 1 of 2

Tracking Number: 73969620

## CAUSE NUMBER: 202206766

| | |
|---|---|
| **PLAINTIFF: CORONADO, GLENDA** | **In the 164th** |
| **vs.** | **Judicial District Court of** |
| **DEFENDANT: THE TJX COMPANIES INC** | **Harris County, Texas** |

## OFFICER - AUTHORIZED PERSON RETURN

Came to hand at ___6___ o'clock __P__. M. on the ___8th___ day of __February_____, 20_22_. Executed at

(Address) _19609 Bryan St. Ste 900 Dallas, Tx 75201_____ in

___Dallas_____ County at o'clock __A__ 9:34 M. On the ___9___ day of __February_____, 20_22_, by

Delivering to _arnold ghastiz corp maybe served Hrush its resistered agent_ CT corporation System through Lolaya Stems defendant, in person, a true copy of this Citation together with the accompanying ___1___ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20.

Fees $____75_____

_____ 100034 128100 _____       By_____
Affiant                                                                       Deputy

On this day, __John Buford JR_____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _10th_ day of __February_____, 20_22_

_____
Notary Public

HEATHER L. BORK
Notary Public, State of Texas
Comm. Expires 03-14-2025
Notary ID 129357186

Certified Document Number: 100363458 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   March 8, 2022

Certified Document Number:        100363458 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

3/7/2022 10:18 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 62345616
By: Iliana Perez
Filed: 3/7/2022 10:18 AM

**CAUSE NO. 2022-06766**

| | | |
|---|---|---|
| **GLENDA CORONADO** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **VS.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **THE TJX COMPANIES, INC. AND** | § | |
| **MARMAXX OPERATING CORP.** | § | **164th JUDICIAL DISTRICT** |

**ORIGINAL ANSWER OF DEFENDANTS**
**THE TJX COMPANIES, INC. AND MARMAXX OPERATING CORP.**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants THE TJX COMPANIES, INC. and MARMAXX OPERATING CORP. (collectively "Defendants"), in the above-entitled and numbered cause, and file this Original Answer to Plaintiff's Original Petition and all subsequent supplemental and/or amended petitions and would respectfully show unto the Court and Jury as follows:

**I.**
**GENERAL DENIAL**

1.1     Proper service of process on Defendant MARMAXX OPERATING CORP. was not obtained by Plaintiff.

1.2     Subject to such stipulations and/or admissions as may hereafter be made, Defendants assert a general denial as is authorized by Rule 92 of the Texas Rules of Civil Procedure, and Defendants respectfully request that Plaintiff be required to prove the charges and allegations against Defendants as is required by the Constitution and laws of the State of Texas.

1.3     Defendants further reserve the right to amend this answer at a future date in accordance with the Texas Rules of Civil Procedure.

**II.**
**AFFIRMATIVE DEFENSES**

By way of further defense, if such be necessary, Defendants assert the following:

2.1     Defendants invoke the comparative and proportionate responsibility provisions of the Texas Civil Practice & Remedies Code, § 33.001, *et. seq.*

2.2     Defendants would show that, at the time and on the occasion in question, Plaintiff and/or others beyond Defendants' control failed to use that degree of care and caution that would have been used by a person with ordinary prudence under the same or similar circumstances, and that such failure was alternatively a proximate cause or a producing cause or the sole proximate or the sole producing cause of the incident in question and any alleged injuries and damages stemming therefrom.

2.3     Defendants would show, in the unlikely event that any liability be found on the part of Defendants, such liability should be reduced by the percentage of the causation found to have resulted from the acts or omissions of any persons or third parties over whom Defendants have no control and for whom Defendants are not responsible, including, but not limited to, Plaintiff.

2.4     Defendants would show that Plaintiff's alleged injuries and damages were the result, in whole or in part, of a new and independent cause and/or intervening and superseding cause, which was not reasonably foreseeable by Defendants.

2.5     Plaintiff's recovery of medical expenses, if any, is limited and subject to the restrictions set forth by Section 41.0105 of the Texas Civil Practice and Remedies Code.

2.6     Plaintiff is not entitled to a recovery of damages for any medical condition and/or injury that resulted from a pre-existing and/or subsequent condition, or any other condition not proximately caused by the occurrence in question.

2.7     Plaintiff also is not entitled to a recovery of damages, if any, that she failed to mitigate.

2.8     Defendants would respectfully pray for all available credits and/or offsets as provided by the Texas Civil Practice and Remedies Code and under Texas law, including a reduction for amounts received from collateral sources or for any settlement Plaintiff may have entered with any other party.

2

Certified Document Number: 100739030 - Page 2 of 5

2.9     Defendants would show that, pursuant to Section 18.091 of the Texas Civil Practice and Remedies Code, to the extent Plaintiff is seeking recovery for loss of earnings, lost wages, loss of earning capacity, and/or loss of contributions of a pecuniary value, Plaintiff must present evidence of the alleged loss in the form of a net loss after reduction for income tax payments or unpaid tax liability pursuant to any federal income tax law.

2.10    Defendant invokes all rights and limitations found in Chapter 41 of the Texas Civil Practice and Remedies Code, including the limitations on damage awards.

2.11    In the unlikely event that an adverse judgment would be rendered against it, Defendants would respectfully pray for all available credits and/or offsets as provided by the Texas Civil Practice and Remedies Code and under Texas law, including a reduction for amounts received from collateral sources or for any settlement Plaintiff may have entered with any other party.

### III.
### JURY DEMAND

3.1     Defendants respectfully demand a jury for the trial of this matter, and hereby tender the jury fee.

### VI.
### DIRECTED COMMUNICATION

4.1     Forward all communications regarding this matter to Marshall G. Rosenberg at mrosenberg@hartlinebarger.com; Jane Haas at jhaas@hartlinebarger.com; Ilene Maley at imaley@hartlinebarger.com; and Catrina Edling at cedling@hartlinebarger.com. Failure to include all requested individuals referenced above in all communications, notices, and filings, shall be deemed inadequate service.

WHEREFORE, PREMISES CONSIDERED, Defendants THE TJX COMPANIES, INC. and MARMAXX OPERATING CORP. pray that Plaintiff take nothing by reason of this suit, that

Certified Document Number: 100739030 - Page 3 of 5

Defendants be discharged, and that they go hence with their  costs, and for all such other and further relief, both general and special, at law and in equity, to which Defendants may show themselves to be justly entitled.

Respectfully submitted,

HARTLINE BARGER LLP

*/s/ Jane Haas*

_____

Marshall G. Rosenberg
State Bar No. 12771450
mrosenberg@hartlinebarger.com
Jane Haas
State Bar No. 24032655
jhaas@hartlinebarger.com
1980 Post Oak Blvd., Suite 1800
Houston, Texas 77056
Telephone: 713-759-1990
Facsimile: 713-652-2419
**ATTORNEYS FOR DEFENDANTS
THE TJX COMPANIES, INC. and
MARMAXX OPERATING CORP.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument was served upon all parties on March 7, 2022.

*/s/ Jane Haas*
Jane Haas

Certified Document Number: 100739030 - Page 4 of 5

4

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Catrina Edling on behalf of Jane Haas
Bar No. 24032655
CEdling@hartlinebarger.com
Envelope ID: 62345616
Status as of 3/7/2022 11:58 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jane Haas | | jhaas@hartlinebarger.com | 3/7/2022 10:18:10 AM | SENT |
| Marshall G.Rosenberg | | mrosenberg@hartlinebarger.com | 3/7/2022 10:18:10 AM | SENT |
| Ilene Maley | | imaley@hartlinebarger.com | 3/7/2022 10:18:10 AM | SENT |
| Catrina Edling | | cedling@hartlinebarger.com | 3/7/2022 10:18:10 AM | SENT |
| Marshall Rosenberg | | mrosenberg@hartlinebarger.com | 3/7/2022 10:18:10 AM | SENT |
| Jane Haas | | jhaas@hartlinebarger.com | 3/7/2022 10:18:10 AM | SENT |



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   March 8, 2022

Certified Document Number:        100739030 Total Pages:  5

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**